■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN MERSON, Appellant. [677 NYS2d 926] —Judgment unanimously affirmed (*see, People v Dezimm*, 193 AD2d 976). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Felony Driving While Intoxicated.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ.